ALEXANDER DOYLE, Appellant, *v.* HAMILTON FISH CORPORATION, Respondent.

*Doyle* v. *Hamilton Fish Corporation*, 153 App. Div. 892, affirmed.
(Submitted January 29, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered November 11, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover the value of buildings erected on leased premises.

*Merritt E. Haviland* and *Alexander Doyle* for appellant.

*John S. Montgomery* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN and SEABURY, JJ. Not voting: CARDOZO, J. Not sitting: MILLER, J.